UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRENDA AIMEE SMITH                                CIVIL ACTION

VERSUS                                            NUMBER: 11-02011

MICHAEL J. ASTRUE,                                SECTION: "I"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Brenda Aimee Smith, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED.**

New Orleans, Louisiana, this  31st  day of August, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE